UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SOLDAN,

    Petitioner,                                    Civil No. 4:18-cv-13609
                                                    Hon. Matthew F. Leitman

v.

JOHN CHRISTENSEN,

    Respondent,
_____/

## OPINION AND ORDER GRANTING THE MOTION
## TO SEAL THE PRE-SENTENCE INVESTIGATION REPORT

This matter is before the Court on respondent's motion for immediate consideration and respondent's motion to seal the pre-sentence investigation report. For the reasons stated below, the motions are **GRANTED**.

A federal court has the power to seal records when the interests of privacy outweigh the public's right of access to those records. *See Ashworth v. Bagley*, 351 F. Supp. 2d 786, 789 (N.D. Ohio 2005)(internal citation omitted). State law dictates that the contents of a pre-sentence investigation report be kept confidential. See 1991 Staff Comment to M.C.R. 7.212. **IT IS HEREBY ORDERED** that Respondent's Motion to Seal [Dkt. # 10] is **GRANTED**. Respondent can re-file the Pre-Sentence Investigation Report under seal.

                                                    /s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 30, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764